HERMAN J. VON KAMEN, Appellant, *v.* DIEDERICH ROES, Respondent.

(Argued December 19, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 24, 1892, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Bernard J. Isecke* for appellant.

*A. H. Berrick* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

THE PEOPLE ex rel. WILLIAM H. HOWES, Respondent, *v.* THOMAS F. GRADY, Police Justice, etc., Appellant.*

(Argued December 19, 1894; decided January 15, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 16, 1892, which reversed an order of Special Term denying an application for a writ of mandamus.

*Thomas F. Grady* for appellant.

*Stephen B. Brague* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

* Reported below, 66 Hun, 465.